NO. 07-07-0210-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

DECEMBER 11, 2007

______________________________

IN THE INTEREST OF J.R.R. AND M.L.R., CHILDREN

_________________________________

FROM THE 140TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2005-531,634; HONORABLE JIM BOB DARNELL, JUDGE

_______________________________

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

MEMORANDUM OPINION

Appellant, Michael J. Riedel, proceeding
 
pro se, perfected this appeal from the trial court’s order modifying a prior order in a suit affecting the parent-child relationship.  The clerk’s record was filed on July 23, 2007.  Initially, Riedel’s brief was due to be filed on August 22, 2007.  The deadline was twice extended, first by notice from this Court, and then by Motion for Extension of Time filed by Appellant, to October 25, 2007.  Riedel did not file his brief.  This Court then notified him by letter of November 15, 2007, to file the brief by November 30, 2007, together with a response reasonably explaining how Appellee is not significantly injured by the failure to file a brief.  Appellant was advised that failure to do so would result in dismissal of the appeal per Rules 38.8(a)(1) and 42.3(c) and (d) of the Texas Rules of Appellate Procedure.  Appellant did not respond nor file his brief.

Consequently, this appeal is dismissed.

Patrick A. Pirtle

      Justice